UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In the Matter of
Certain Sealed MJ Cases


-----------------------------------------------------X

      IT IS HEREBY ORDERED, that the Clerk of Court or his designee is hereby authorized to disclose to Lisha Trayler of Pretrial Services for the Eastern District of New York whether the following sealed cases are currently open or closed:

| | | |
|---|---|---|
| 1. | U.S. v. Frederick Bess | 10-mj-269 |
| 2. | U.S. v. Kevin Coleman | 99-mj-1437 |
| 3. | U.S. v. Margaret Cooper | 95-mj-880 |
| 4. | U.S. v. Virginia Garcia-Gonzalez | 04 mj-91 |
| 5. | U.S. v. Renee Lynette Hanon | 06-mj-195 |
| 6. | U.S. v. Margaret McKay | 93-mj-2033 |
| 7. | U.S. v. Ted Mozes | 03-mj-1381 |
| 8. | U.S. v. Louis Farrell | 95-mj-880 |

      IT IS FURTHER ORDERED, that a copy of this Order shall be docketed in each of the above cases.

Dated: Brooklyn, New York
         December 7, 2011

S/ Lois Bloom
_____
Lois Bloom
United States Magistrate Judge